

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICHARD W. ZINK, JR., Derivatively )
and on Behalf of Nominal Defendant, )
CHINA ENERGY SAVINGS )
TECHNOLOGY, INC., )

          Plaintiff, )

v. )

SUN LI, et al., )

          Defendants, )

and )

CHINA ENERGY SAVINGS )
TECHNOLOGY, INC., )

          Nominal )
Defendant )

Civil Case No. 1:06-CV-3828-RJH

**ECF Case**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

### [PROPOSED] ORDER ALLOWING VOLUNTARY DISMISSAL OF ACTION BY
### PLAINTIFF RICHARD W. ZINK, JR. WITHOUT PREJUDICE

Having considered the Notice of Voluntary Dismissal of Plaintiff Richard W. Zink, Jr.,

requesting the dismissal of his cause of action from the above-styled action without prejudice,

IT IS HEREBY ORDERED THAT:

1.    The Plaintiff Richard W. Zink, Jr. has voluntarily dismissed his cause of action

from the above-styled action without prejudice.

IT IS SO ORDERED.

DATED: **3/12/08**

JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF
NEW YORK